PS 42

(Rev 07/93)

# United States District Court

| | ) | |
|---|---|---|
| United States of America | ) | |
| vs | ) | Case No. 2:13CR00114-001 |
| Sinsamouth Heopasert | ) | |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Sinsamouth Heopasert, have discussed with Melissa Hanson, Pretrial Services/Probation Officer, modification of my release as follows:

Defendant shall complete treatment as indicated by a substance abuse evaluation and shall comply with the rules of a treatment program.

I consent to this modification of my release conditions and agree to abide by this modification.

| Signature of Defendant | Date 02/11/14 | Pretrial Services/Probation Officer | Date 2/11/14 |
|---|---|---|---|

I have reviewed the conditions with my client and concur that this modification is appropriate.

| Signature of Defense Counsel | Date 2/7/14 |
|---|---|

XX The above modification of conditions of release is ordered, to be effective on 2/13/14.

[ ] The above modification of conditions of release is not ordered.

| Signature of Judicial Officer | Date 2/13/14 |
|---|---|